1

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

OCT - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| UNITED STATES OF AMERICA, | ) | Case No.: CR 04-1287 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| vs. | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Juan Lopez-Medina | ) | 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

16

17    The defendant having been arrested in this District pursuant to

18  a  warrant  issued  by  the  United  States  District  Court  for  the

19  Central District of Cal   for alleged violation(s) of the terms and

20  conditions of his/her [probation] [supervised release]; and

21    The  Court  having  conducted  a  detention  hearing  pursuant  to

22  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23    The Court finds that:

24  A.    (X  The defendant has not met his/her burden of establishing by

25  clear and convincing evidence that he/she is not likely to flee

26  if released under 18 U.S.C. § 3142(b) or (c).  This finding is

27  based on _____ See PSA report

28

and/or

B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:    See PSA report

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated:    10-7-11

_____
UNITES STATES MAGISTRATE JUDGE

2